IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                                                                           PLAINTIFF

VS.                                                              CIVIL ACTION NO.  5:08CV154DCB-MTP

CHRISTOPHER EPPS, et al                                                                        DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Plaintiff has failed to demonstrate the elements necessary to receive the requested injunctive relief, and that Plaintiff's Motion for Preliminary Injunction [33] should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's Motion for Preliminary Injunction [33] be, and the same is hereby, DENIED.

SO ORDERED this the     16th    day of September, 2008.


                                                                    s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE