IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:08cv154-DCB-MTP

CHRISTOPHER EPPS, ET AL.                                                             DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that the Motion [52] should be granted and that plaintiff's claims against defendant, Christopher Epps be dismissed without prejudice.

IT IS THEREFORE, ORDERED that Motion [52] is granted and that plaintiff's claims against defendant, Christopher Epps are dismissed without prejudice.

SO ORDERED, this the       1st       day of December, 2008.


                                                   s/ David Bramlette
                                               UNITED STATES DISTRICT JUDGE