IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                                                           PLAINTIFF

VS.                                                    CIVIL ACTION NO. 5:08cv154-DCB-MTP

CHRISTOPHER EPPS, et al.                                                          DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Accordingly, the Plaintiff's Motion for Preliminary Injunction [87] is denied.

SO ORDERED, this the ___28th___ day of January, 2009.

                                                    s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE