IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                       PLAINTIFF

VS.                     CIVIL ACTION NO. 5:08cv154(DCB)(MTP)

JACQUELINE BANKS, ET AL.                   DEFENDANTS

## ORDER

Upon consideration of the appeal **(docket entry 216)** to the United States Court of Appeals for the Fifth Circuit filed by the plaintiff on November 10, 2009, the Court notes that the plaintiff failed to pay the appeal fee in the amount of $455.00, or to complete an application to proceed in forma pauperis. Accordingly,

IT IS HEREBY ORDERED:

1. That within 20 days of the entry of this Order the plaintiff shall file a completed application for leave to proceed in forma pauperis or pay the required appeal filing fee of $455.00.

2. That the Clerk shall mail the attached in forma pauperis application to the plaintiff at his last known address.

Failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the denial of in forma pauperis status.

SO ORDERED, this the 14th day of December, 2009.

                                                 /s/ David Bramlette
                                                 UNITED STATES DISTRICT JUDGE

# Form 4 of Federal Rules of Appellate Procedure

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

                                                            Plaintiff

v.                                 CIVIL ACTION NO. _____
                                **APPEAL NO.** _____

                                                            Defendant

## **MOTION TO PROCEED *IN FORMA PAUPERIS***

I, _____, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint.

Signed:_____        Date:_____

---

> **INSTRUCTIONS**
> **Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a questions is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with you name, your case's docket number, and the question number.**

## **AFFIDAVIT IN SUPPORT OF MOTION**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §1746; 18 U.S.C. §1621)

Signed:_____
Date:_____

My issues on appeal are:

_____

_____

_____

_____.


1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source: | Average monthly amount during the past 12 months<br>You | Amount expected next month<br>You |
|---|---|---|
| Employment | $_____ | $_____ |
| Self-employment | $_____ | $_____ |
| Income from real property such as rental income) | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ |
| Gifts | $_____ | $_____ |
| Alimony | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Retirement (such as social security pensions, annuities, insurance) | $_____ | $_____ |
| Disability (such as social security insurance payments) | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly income: | $_____ | $_____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $_____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| FINANCIAL INSTITUTION | TYPE OF ACCOUNT | AMOUNT YOU HAVE | AMOUNT YOUR SPOUSE HAS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| HOME (VALUE) | OTHER REAL ESTATE (VALUE) | OTHER ASSETS (VALUE) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

MOTOR VEHICLE # 1  VALUE: _____  MAKE & YEAR: _____
                                                    MODEL: _____
                                                    REGISTRATION #: _____

MOTOR VEHICLE # 2  VALUE: _____  MAKE & YEAR: _____
                                                    MODEL: _____
                                                    REGISTRATION #: _____

4

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| PERSON OWING YOU OR YOUR SPOUSE MONEY | AMOUNT OWED TO YOU | AMOUNT OWED TO YOUR SPOUSE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| NAME | RELATIONSHIP | AGE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included? | [ ] Yes [ ] No |  |
| Is property insurance included? | [ ] Yes [ ] No |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
|   Homeowner's or renter's | $_____ | $_____ |
|   Life | $_____ | $_____ |

|  |  |  |
|---|---|---|
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): _____ | $_____ | $_____ |
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   [ ] Yes [ ] No If yes, describe on an attached sheet.

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes [ ] No

    If yes, how much? $_____
    If yes, state the attorney's name, address, and telephone number:

    _____

    _____

11. Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
    [ ] Yes [ ] No
    If yes, how much? $_____
    If yes, state the person's name, address, and telephone number:

    _____

    _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.

_____

_____

Your daytime phone number: _____

Your age: _____ Your years of schooling: _____

Signed under penalty of perjury: _____

Date: _____

----------MUST BE COMPLETED BY PLAINTIFF---------
Authorization for Release of Institutional Account Information and
Payment of the Appeal Filing Fee

I, _____, _____
(Name of Plaintiff)                                    (Prisoner Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the appeal filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_____
(Signature of Plaintiff)

_____
(Date)

> **IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW**

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $_____
on account to his credit at the _____ institution where he is confined.
I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:
_____.

I further certify that during the last six (6) months the
plaintiff's average monthly **balance** was $_____.

I further certify that during the last six (6) months the
plaintiff's average monthly **deposit** was $_____.

_____        _____
**TELEPHONE NUMBER**                        **AUTHORIZED OFFICER OF INSTITUTION**
**OF OFFICER FOR VERIFICATION**

_____        _____
**DATE**                                    **PRINT NAME OF AUTHORIZED OFFICER**
                                            **RETURN COMPLETED FORM TO:**
                                                U. S. DISTRICT CLERK
                                                P.O. BOX 23552
                                                JACKSON, MS 39225