**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LATRELL ADAMS**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 5:08-CV-154-DCB-MTP**

**CHRISTOPHER EPPS, ET AL.**                                  **DEFENDANTS**

### **ORDER**

THIS MATTER is before the court on three pleadings filed by Plaintiff [222] [223] [224] that have been docketed as Motions for Miscellaneous Relief. The court is unable to determine what relief, if any, Plaintiff is seeking, as the documents are illegible. Accordingly,

IT IS ORDERED THAT Plaintiff's Motions for Miscellaneous Relief [222] [223] [224] are denied, without prejudice to Plaintiff's right to re-file legible copies of these pleadings.

SO ORDERED on this 16th day of December, 2009.

                                                       s/ Michael T. Parker
                                                       United States Magistrate Judge