# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**LATRELL ADAMS**                                                                     **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 5:08-CV-154-DCB-MTP**

**CHRISTOPHER EPPS, ET AL.**                                              **DEFENDANTS**

## ORDER

THIS MATTER is before the court on two pleadings filed by Plaintiff that have been docketed as a Motion for Trial [212] and a Motion to Transport Witnesses [213]. While illegible, the motions appear to be requesting a trial setting and the transportation of witnesses for the trial. As this matter is presently on appeal, these motions are premature and must be denied. Accordingly,

IT IS ORDERED THAT Plaintiff's Motion for Trial [212] and Motion to Transport Witnesses [213] are denied.

SO ORDERED on this 16th day of December, 2009.

                                                                 s/ Michael T. Parker
                                                                 United States Magistrate Judge