IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 5:08cv154(DCB)(MTP)

JACQUELINE BANKS, SANDRA JACKSON,
AND BRYAN SHUCKROW                                              DEFENDANTS

## ORDER

This cause is before the Court on the plaintiff Latrell Adams' Motion Asking Court to Submit Motions to Clerk for Filing **(docket entry 273)**, and Motion for Leave to File Motions Out of Time **(docket entry 274)**, to which the defendants have not responded. The Court submitted the requested motion and response from Mr. Adams to the Clerk for filing on May 19, 2010, the day of the pretrial conference. Additional motions were filed by Mr. Adams on May 26, 2010, and they shall be deemed timely. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion Asking Court to Submit Motions to Clerk for Filing **(docket entry 273)**, and Motion for Leave to File Motions Out of Time **(docket entry 274)** are GRANTED.

SO ORDERED, this the 4th day of June, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE