IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                                      PLAINTIFF

VS.                           CIVIL ACTION NO. 5:08cv154(DCB)(MTP)

JACQUELINE BANKS, SANDRA JACKSON,
AND BRYAN SHUCKROW                                                DEFENDANTS

ORDER

This cause is before the Court on the plaintiff Latrell Adams' Motion to Include Additional Exhibits **(docket entry 277)**. Having carefully considered the motion, to which there has been no response by the defendants, and being fully advised in the premises, the Court finds as follows:

The plaintiff seeks to add as proposed exhibits certain medical records provided him by the defendants following the May 19, 2010, pretrial conference. The motion is well taken. Accordingly,

IT IS HEREBY ORDERED that the plaintiff Latrell Adams' Motion to Include Additional Exhibits **(docket entry 277)** is GRANTED.

SO ORDERED, this the 4th day of June, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE