IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRELL ADAMS                                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 5:08cv154(DCB)(MTP)

JACQUELINE BANKS, SANDRA JACKSON,
AND BRYAN SHUCKROW                                              DEFENDANTS

ORDER

This cause is before the Court on the plaintiff Latrell Adams' Motion in Limine to Exclude Mention of Nominal Damages **(docket entry 258)**, and Motion to Exclude Any Nominal Damages Jury Instructions **(docket entry 261)**, and on the plaintiff's Motion to Dismiss Motions **(docket entry 278)**. Because the plaintiff has withdrawn the first and second motions, they are moot. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion to Dismiss Motions **(docket entry 278)** is GRANTED;

FURTHER ORDERED that the plaintiff's Motion in Limine to Exclude Mention of Nominal Damages **(docket entry 258)**, and Motion to Exclude Any Nominal Damages Jury Instructions **(docket entry 261)** are MOOT.

SO ORDERED, this the 4th day of June, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE