```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
              WESTERN DIVISION
```

LATRELL ADAMS                                              PLAINTIFF

VS.                        CIVIL ACTION NO. 5:08cv154(DCB)(MTP)

JACQUELINE BANKS, SANDRA JACKSON,
AND BRYAN SHUCKROW                                        DEFENDANTS

## ORDER

This cause is before the Court on the plaintiff Latrell Adams' Motion in Limine regarding testimony of Sharonda Rogers **(docket entry 272)**. Having carefully considered the motion, to which there has been no response by the defendants, and being fully advised in the premises, the Court finds as follows:

In his motion, the plaintiff objects to any expert opinion testimony by the witness inasmuch as she has not been designated as an expert, and she has not examined the plaintiff. The defendants have not indicated that they intend to offer Rogers as an expert witness. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion in Limine regarding testimony of Sharonda Rogers **(docket entry 272)** is GRANTED, and the witness shall not be allowed to offer expert opinion testimony.

SO ORDERED, this the 4th day of June, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE